\*\*E-Filed 6/30/09\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHARON MARBLEY,<br><br>          Plaintiff,<br><br>     v.<br><br>KAISER PERMANENTE MEDICAL GROUP, INC., et al.,<br><br>          Defendants. | Case Number C 09-2484 JF (PVT)<br><br>ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS AND MOTION TO REMAND |

     Under this Court's Civil Local Rules, Defendants' reply regarding their motion to dismiss is due on July 3, 2009. Because that date is a Court holiday, the deadline for filing a reply is extended to July 6, 2009.

     Plaintiff, proceeding *pro se*, filed opposition to Defendants' motion to dismiss and also filed a motion to remand. Plaintiff did not clear a hearing date for her motion as required by this Court's standing order, and did not notice her motion for any particular date. The motion to remand is hereby set for hearing on July 17, 2009 at 9:00 a.m. in conjunction with the hearing on the motion to dismiss. Any opposition to the motion to remand shall be filed and served on

1 | or before July 6, 2009.  Any reply shall be filed and served on or before July 13, 2009.
2 |       IT IS SO ORDERED.

6 | DATED:  6/30/09

_____
JEREMY FOGEL
United States District Judge

1  Copies of Order served on:

2

3  Mark Gabel mgabel@hansonbridgett.com

4  Patrick M. Glenn pglenn@hansonbridgett.com, calendarclerk@hansonbridgett.com, tramirez@hansonbridgett.com

5

6  Sharon Marbley
   P.O. Box 2752
7  Santa Clara, CA 95055

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 09-2484 JF (PVT)
ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS AND MOTION TO REMAND
(JFLC2)